IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARIA H. RODRIGUEZ, | § |
| Plaintiff, | § § § |
| VS. | § § |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | § CIVIL ACTION NO. H-05-3820 § § § |
| Defendant. | § § |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge filed on February 22, 2007.  No objections have been filed.  This court has made a *de novo* review of the Magistrate Judge's recommended disposition.  FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).  Based on that review, this court adopts the Memorandum and Recommendation as this court's Memorandum and Order.  This court adopts the finding and conclusion that the Administrative Law Judge's decision to deny disability benefits to the plaintiff, Maria H. Rodriguez, was supported by substantial evidence and that the legal standards were properly applied.  Defendant's motion for summary judgment is granted and the plaintiff's motion for summary judgment is denied.  Final judgment is entered by separate order.

SIGNED on March 15, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge